1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10 | LANCE JOHNSON,

CASE NO.  19CV0455-AJB-AGS

11 |                     Plaintiff,

**ORDER GRANTING JOINT**
**MOTION TO DISMISS ALL**
**PARTIES WITH PREJUDICE**

12

13 |       vs.

14 | PORTFOLIO RECOVERY
ASSOCIATES and STEVEN D.
15 | FREDRICKSON,

(Doc. No. 30)

16

17 |                     Defendants.

18         On October 16, 2019, the parties filed a joint motion to dismiss all parties

19 with prejudice. The Court grants the joint motion and dismisses Portfolio Recovery

20 Associates and Steven D. Fredrickson with prejudice. Each party will bear their

21 own attorney's fees and costs. Because Portfolio Recovery Associates and Steven

22 D. Fredrickson are the last remaining defendants, the Court directs the Clerk of

23 Court to close the case.

24         IT IS SO ORDERED.

25 Dated:  October 17, 2019

26

27                                    Hon. Anthony J. Battaglia
                                      United States District Judge

28